UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00073-02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LEO HUVAL | MAGISTRATE JUDGE WHITEURST |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, LEO HUVAL, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that LEO HUVAL is finally adjudged guilty of the offense charged in Count One of the Bill of Information.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 2nd day of June, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE